IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSHUA WAHL,<br><br>    Defendant. | No. 3:23-cr-00087-JMK-MMS |

_Sep 25 2023_

~~[PROPOSED]~~ ORDER

Having duly considered the United States' motion to seal the original indictment filed by the United States, for good cause shown, it is hereby ORDERED that:

1) The original indictment is hereby SEALED, except that the original indictment shall be served on the defendant on his arrest; and

2) The clerk is directed to file the redacted indictment on the public docket.

DATED this __25th__ day of September, 2023, at Anchorage, Alaska.

_____
THE HONORABLE MATTHEW M. SCOBLE
CHIEF UNITED STATES MAGISTRATE JUDGE