IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>JOSHUA WAHL,<br><br>        Defendant. | No. 3:23-cr-00087-JMK-MMS |

**[PROPOSED]**
**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

The President of the United States to any United States Marshal and any other authorized officer and to the State of Alaska Department of Corrections:

You are hereby COMMANDED to bring the body of JOSHUA WAHL, by you now imprisoned and detained, before the United States District Court for the District of Alaska for the purposes of appearing before that Court for scheduling an arraignment and any other proceedings the Court may desire, thereafter and as necessary in the above captioned case, now pending before this court, and that after the disposition of this case you, return the body of the said JOSHUA WAHL, to the custody of the Alaska Department of Corrections, under safe and secure conduct.

WITNESS the honorable judicial officer of the United States District Court for the District of Alaska, on _____.

                                                                                            BRIAN KARTH
                                                                                           Clerk of the U.S. District Court

                                                                                           By: _____
                                                                                           DEPUTY CLERK