IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | No. 3:23-cr-00087-JMK-MMS |
| JOSHUA WAHL, | |
| Defendant. | |

**ORDER**

It being necessary for the defendant in this matter to appear before this Court, it is hereby ORDERED that the government's motion for a writ of habeas corpus ad prosequendum is GRANTED. The Clerk of this Court is directed to enter the attached writ.

IT IS SO ORDERED.

DATED 27th day of September 2023 at Anchorage, Alaska.

_____
MATTHEW M. SCOBLE
CHIEF U.S. MAGISTRATE JUDGE