AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
By United States Marshals Service at 6:51 am, Sep 26, 2023

RECEIVED
OCT 04 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

# UNITED STATES DISTRICT COURT
for the
District of Alaska

FID: 11598993
Warrant: 2306-0926-0621-J
NCIC: Non USMS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | Case Number: 3:23-CR-00087-JMK-MMS |
| JOSHUA WAHL | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JOSHUA WAHL,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Petition  ☐ Supervised Release Petition  ☐ Pretrial Petition  ☐ Order of the Court

This offense is briefly described as follows:

18:2261A(2) CYBERSTALKING – Count 1
18:575(c) TRANSMITTING THREATS IN INTERSTATE COMMERCE

Date: September 25, 2023

By s/Brenda Kappler, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, Alaska

Brian D. Karth, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 9/26/23, and the person was arrested on *(date)* 9/26/23
at *(city and state)* Anchorage, AK.

Date: 9/26/23

*Arresting officer's signature*

SA Wendy Terry
*Printed name and title*