IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| JOSHUA WAHL, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) Case No. 3:23-cr-00087-JMK-MMS-1 | |

Rex Lamont Butler
and Associates
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**EMERGENCY MOTION FOR EXPEDITED CONSIDERATION**

COMES NOW REX LAMONT BUTLER of Rex Lamont Butler and Associates Inc., P.C., and hereby files this Emergency Motion For Expedited Consideration of Wahl's underlying Emergency Motion For Detention Review, in the case captioned above.

Joshua Wahl's mother, Linda Wahl, passed away unexpectedly and Mr. Wahl is requesting temporary release from custody so he can attend his mother's funeral in Dillingham, Alaska, on November 7, 2023.

Due to the time sensitive nature of Wahl's request, he is respectfully requesting this court grant his motion for expedited consideration. This office reached out to AUSA Seth Beausang regarding the government's position on the expedited portion of this request and we have not heard back from him as of the time of this filing. It should be noted Mr. Beausang did respond earlier

and advised defense counsel he could not agree to Joshua Wahl's request for temporary release.

Respectfully Submitted this 3rd day of November, 2023, at Anchorage, Alaska.

s/ Rex Lamont Butler
745 W. 4th Avenue, Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
rexbutlercalendar@gmail.com
ABN: 8310105

**CERTIFICATE OF SERVICE**:

This is to certify that a true and correct copy of the foregoing Emergency Motion For Expedited Consideration, to include all attachments, has been served electronically to the Anchorage branch of the U.S. Attorney's Office, Federal Building & U.S. Courthouse, 222 W 7th Avenue, #9 Room 253, Anchorage, Alaska, 99513-7567, AND to USPO Kyle Mansfield, on this 3rd day of November, 2023, via CM/ECF.

s/Rex Lamont Butler
Rex Lamont Butler and Associates, Inc., P.C.