S. LANE TUCKER
United States Attorney

SETH M. BEAUSANG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: seth.beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOSHUA WAHL,<br><br>        Defendant. | No. 3:23-cr-00087-JMK-MMS |

**UNITED STATES' OPPOSITION TO DEFENDANT'S EMERGENCY MOTION FOR DETENTION REVIEW**

COMES NOW, the United States of America, by and through undersigned counsel, to oppose Defendant's Emergency Motion for Detention Review [Dkt. 19], for the following reasons:

//

//

1.      Defendant is charged with Cyberstalking and Transmitting Threats in Interstate Commerce. [Dkt. 5] The charges involve Defendant allegedly making threats using email and the website 4chan.org to blind and kill a specific law enforcement officer.

2.      After Defendant allegedly made the threats in this case, he allegedly demonstrated that he was willing to engage in the very acts that he had previously threatened. Specifically, on August 18, 2023, Defendant was charged by the State of Alaska with, among other things, two counts of First-Degree Murder. Those charges involve Defendant allegedly murdering two individuals in Dillingham, Alaska with a firearm.

3.      While the Government is sympathetic to Defendant's desire to attend his mother's funeral in Dillingham, the Government opposes the temporary release plan. Dillingham is a small community. Defendant allegedly threatened and then engaged in the most serious acts of violence—murder. To allow Defendant to even temporarily return to the small community where he allegedly murdered two individuals, where witnesses and family and other loved ones of the victims still reside, poses an unreasonable risk to the community.

4.      For all of these reasons, the Government opposes Defendant's Emergency Motion for Detention Review.

//

U.S. v. Wahl                                                                 Page 2 of 3
3:23-cr-00087-JMK-MMS
Case 3:23-cr-00087-JMK-MMS   Document 23   Filed 11/06/23   Page 2 of 3

RESPECTFULLY SUBMITTED this 6th day of November 2023, in Anchorage, Alaska.

        S. LANE TUCKER
        United States Attorney

        s/ Seth M. Beausang
        SETH M. BEAUSANG
        Assistant U.S. Attorney
        United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on November 6, 2023,
a true and correct copy of the foregoing
was served by CM/ECF on the following:

All counsel of record

s/ Seth M. Beausang
Office of the U.S. Attorney