IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| JOSHUA WAHL, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) Case No. 3:23-cr-00087-JMK-MMS-1 | |

Rex Lamont Butler
and Associates
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

**NON-OPPOSED EXPEDITED EMERGENCY MOTION TO APPEAR BY TELEPHONE**

COMES NOW THE LAW OFFICE of Rex Lamont Butler and Associates Inc., P.C., and hereby files this Non-Opposed Expedited Emergency Motion (for Tank Jones) To Appear By Telephone at 1:30 p.m., this afternoon (November 6, 2023) in the case captioned above.

Private Investigator Tank Jones is out of town on business and therefore unavailable to appear in person for the detention review hearing at 1:30 p.m., this afternoon. As such, we are respectfully requesting this court allow Mr. Jones to appear by telephone.

This office reached out to AUSA Seth Beausang earlier today, Monday, November 6, 2023, regarding this request and he graciously non-opposed.

Due to the time-sensitive nature of this request and there being no opposition from the government, we are respectfully requesting this court grant this request.

Respectfully Submitted this 6th day of November, 2023, at Anchorage, Alaska.

```
                                  s/ Rex Lamont Butler
                                  745 W. 4th Avenue, Ste. 300
                                  Anchorage, Alaska, 99501
                                  (907) 272-1497
                                  (907) 276-3306
                                  rexbutlercalendar@gmail.com
                                  ABN: 8310105
```

**CERTIFICATE OF SERVICE**:

This is to certify that on November 6, 2023, a true and correct copy of the foregoing Non-Opposed Expedited Emergency Motion To Appear By Telephone, to include all attachments, has been served electronically to AUSA Seth Beausang, C/O the Anchorage branch of the U.S. Attorney's Office, Federal Building & U.S. Courthouse, 222 W 7th Avenue, #9 Room 253, Anchorage, Alaska, 99513-7567, via CM/ECF.

s/Rex Lamont Butler
Rex Lamont Butler and Associates, Inc., P.C.

Rex Lamont Butler
and Associates
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)