Rex Lamont Butler
and Associates
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | |
| JOSHUA WAHL, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) Case No. 3:23-cr-00087-JMK-MMS-1 | |

**EMERGENCY MOTION FOR EXPEDITED CONSIDERATION**

COMES NOW THE LAW OFFICE of Rex Lamont Butler and Associates Inc., P.C., and hereby files this Non-Opposed Motion For Expedited Consideration of Wahl's underlying requesting Private Investigator Tank Jones appear by telephone for the hearing this court scheduled at 1:30 p.m., on Monday, November 6, 2023, in the case captioned above.

Due to the time sensitive nature of this request, we are respectfully requesting this court grant this motion for expedited consideration. This office reached out to AUSA Seth Beausang regarding the government's position on the expedited portion of this request and he graciously non-opposed.

Respectfully Submitted this 6th day of November, 2023, at Anchorage, Alaska.

s/ Rex Lamont Butler
745 W. 4th Avenue, Ste. 300
Anchorage, Alaska, 99501
(907) 272-1497
(907) 276-3306
rexbutlercalendar@gmail.com
ABN: 8310105

**CERTIFICATE OF SERVICE**:

This is to certify that a true and correct copy of the foregoing Emergency Motion For Expedited Consideration, to include all attachments, has been served electronically to the Anchorage branch of the U.S. Attorney's Office, Federal Building & U.S. Courthouse, 222 W 7th Avenue, #9 Room 253, Anchorage, Alaska, 99513-7567, AND to USPO Kyle Mansfield, on this 6th day of November, 2023, via CM/ECF.

s/Rex Lamont Butler
Rex Lamont Butler and Associates, Inc., P.C.

Rex Lamont Butler
and Associates
745 W. 4th Ave.,
Suite 300
Anchorage, Alaska
99501

907-272-1497
907-276-3306 (f)