(Rev 3/18)

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
WITNESS LIST

---

Case No.: 3:23-cr-00087-JMK-MMS         Magistrate Judge: MATTHEW M. SCOBLE

Title: UNITED STATES OF AMERICA
vs. JOSHUA WAHL

Dates of Hearing/Trial: November 6, 2023

Deputy Clerk/Recorder: HOLLY RHODEN

Official Reporter: NONE PRESENT

WITNESSES

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 11/6/2023 | 1:44 PM | 1:59 PM | W-1 | TANK JONES | DEF |
| | | | | | |
| | | | | | |