Rex Lamont Butler
Rex Lamont Butler & Associates, Inc., P.C.
745 W. 4th Ave., Suite 300
Anchorage, Alaska, 99501
(907)272-1497
rexbutlercalendar@gmail.com
Attorneys for Joshua Wahl

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| V. ) | 3:23-cr-00087-JMK-MMS |
| ) | |
| JOSHUA WAHL, ) | |
| DEFENDANT. ) | |
| _____) | |

## MOTION REQUESTING CASE BE DECLARED COMPLEX

Defendant Joshua Wahl, through counsel, Rex Lamont Butler and Francis Adoko of Rex Lamont Butler and Associates P.C., Inc., moves this Court for an order declaring this case complex and continuing trial.

A period of excludable delay under 18 U.S.C. § 3161(h) will occur as a result of the filing this motion, and should be excluded from the computation of the 70-day time limit for trial under 18 U.S.C. §§ 3161(h)(7)(h)(B)(ii). Regardless, further delay is hereby requested.

Mr. Wahl requests that the current status hearing scheduled for 4/11/24, be vacated and that a status/scheduling hearing be set before the Court in approximately five months. Discovery in this case is up to **bates 00014996.** The Defense received bates **00014678 to 00014996**, on April 2nd,

2024, and are not sure that discovery is complete. Also, Potential witnesses and sources of evidence are located outside the state of Alaska and investigation, or travel related to investigation will be time consuming and likely requires retaining expert witnesses.

A finding of complexity and continuance of all deadlines is necessary because of the volume and complexity of discovery that must be reviewed by the defendant and his counsel prior to trial. These circumstance make it unreasonable to expect adequate preparation for pretrial and trial proceedings within the apposite time limits of the act within the meaning of **18 U.S.C. § 3161(h)(8)(B)(ii)**. Even considering due diligence, failure to grant the motion would deny counsel for the government and the defendant the reasonable time necessary for effective pretrial and trial preparation within the meaning of **18 U.S.C. § 3161(h)(8)(B)(iv)**.Therefore, the ends of justice that will be served by granting the motion outweigh the best interests of the public in a speedy trial within the meaning of **18 U.S.C. § 3161(h)(8)(A)**.

Based on the above, Counsel reasonably anticipates being in a position by approximately, June 2024, of advising the Court as to the filing of substantive motions and scheduling of a realistic trial date. **The undersigns believes that the government, through AUSA Seth M. Beausang does not oppose this request**.

DATED this 2nd day of April 2024.

/s/ Rex L. Butler
REX LAMONT BUTLER
ATTORNEY FOR JOSHUA WAHL

Certificate of Service:

I hereby certify that this Motion Requesting Case Be Declared Complex was served upon the United States through AUSA Seth M. Beausang through ECF filing on 4/2/24.

/s/Rex L. Butler
Rex Lamont Butler