S. LANE TUCKER
United States Attorney

SETH BEAUSANG
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: seth.beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOSHUA WAHL,<br><br>        Defendant. | No. 3:23-CR-00087-SLG-MMS |

**NOTICE OF CONVENTIONAL FILING**

The United States of America, through undersigned counsel, provides notice to the Court that 2 DVDs have been filed conventionally. The 2 DVDs contain audio and video Exhibits 2-10 that are referenced in the Government's Opposition to the Defendant's First Motion to Suppress.

//

RESPECTFULLY SUBMITTED this 7th day of October 2024, in Anchorage, Alaska.

        S. LANE TUCKER
        United States Attorney

        *s/ Seth Beausang*
        SETH BEAUSANG
        Assistant United States Attorney
        United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on October 7, 2024, a true and correct copy of the foregoing was served electronically on all counsel of record

s/ Seth Beausang
Office of the U.S. Attorney