Rex Lamont Butler
745 W. 4th Ave., Suite 300
Anchorage, Alaska, 99501
(907)272-1497
rexbutlercalendar@gmail.com
Attorneys for Joshua Wahl

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> PLAINTIFF, ) <br> V. ) <br> ) <br> JOSHUA WAHL, ) <br> DEFENDANT. ) <br> _____) | 3:23-CR-00087-SLG-MMS |

**NOTICE OF <u>INTENT TO SUPPLEMENT</u> DEFENDANT'S MOTION TO SUPPRESS AND EXCLUDE ALL EVIDENCE ACQUIRED FROM THE ILLEGAL SEIZURE AND SEARCH OF DEFENDANT INCLUDING THE FRUITS THEREOF.**

Comes now defendant, Joshua Wahl and hereby notifies this honorable court and the United States that after revisiting the federal search warrants in this case, it is necessary that he supplement the motion to suppress filed at Dkt. 40.

Defendant requests 14 days from December 2nd 2024, to file the supplement.

1

DATED this 2nd day of December 2024.

/s/ F. Adoko
FRANCIS ADOKO
ATTORNEY FOR JOSHUA WAHL

Certificate of Service
I hereby certify that this document was served upon the United States through AUSA Seth M. Beausang through ECF filing on 12/2/24.

/s/F. Adoko
Francis Adoko

2

Case 3:23-cr-00087-SLG-MMS   Document 59   Filed 12/02/24   Page 2 of 2