Rex Lamont Butler
745 W. 4th Ave., Suite 300
Anchorage, Alaska, 99501
(907)272-1497
rexbutlercalendar@gmail.com
Attorneys for Joshua Wahl

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| PLAINTIFF, ) | |
| V. ) | 3:23-CR-00087-SLG-MMS |
| ) | |
| JOSHUA WAHL, ) | |
| DEFENDANT. ) | |
| _____) | |

**STATUS REPORT** **REGARDING INTENT TO SUPPLEMENT DEFENDANT'S MOTION TO SUPPRESS AND EXCLUDE ALL EVIDENCE ACQUIRED FROM THE ILLEGAL SEIZURE AND SEARCH OF DEFENDANT INCLUDING THE FRUITS THEREOF.**

Comes now defendant, Joshua Wahl and hereby notifies this honorable court and the United States that upon further review of the voluminous discovery in this case, defendant will not be filing a supplement to his motion to suppress at Dkt. 40 as previously represented.

The information available to the defendant at this point does not provide sufficient details upon which reasonable inferences could be drawn without more. As such, at this

1

time there isn't enough information to rely on as a basis for challenging the warrants by supplementing the motion to suppress filed at Dkt. 40.

Counsel has been reviewing discovery in excess of 13,614 pages and continues to review even more discovery that has to be cross referenced with discovery in defendant's state case.

DATED this 17th day of December 2024.

/s/ F. Adoko
FRANCIS ADOKO
ATTORNEY FOR JOSHUA WAHL

Certificate of Service
I hereby certify that this document was served upon the United States through AUSA Seth M. Beausang through ECF filing on 12/17/24.

/s/F. Adoko
Francis Adoko