MICHAEL J. HEYMAN
United States Attorney

SETH M. BEAUSANG
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: seth.beausang@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>JOSHUA WAHL,<br><br>        Defendant. | No. 3:23-cr-00087-SLG-MMS |

**MOTION TO DISMISS INDICTMENT WITHOUT PREJDICE**

COMES NOW, the United States of America, pursuant to Fed. R. Crim. P. 48(a), to move to dismiss the Indictment filed at Dkt. 2 without prejudice. The United States requests that the Court dismiss the Indictment without prejudice in the interests of justice. A proposed order is filed herewith.

//

//

//

RESPECTFULLY SUBMITTED July 14, 2025 at Anchorage, Alaska.

                                                            MICHAEL J. HEYMAN
                                                            United States Attorney

                                                            /s SETH M. BEAUSANG
                                                            SETH M. BEAUSANG
                                                            Assistant United States Attorney
                                                            United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s SETH M. BEAUSANG

*U.S. v. Wahl*
3:23-cr-00087-SLG-MMS