# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,      )
                      )
         Plaintiff,          )
                      )      Case No. 3:23-cr-00087-SLG-MMS
v.                           )
                      )
JOSHUA WAHL,           )
                      )
         Defendant.       )
_____ )

## JUDGMENT OF DISCHARGE
### FED.R.CRIM.P. 32(k)(1)

        IT APPEARING that the defendant is now entitled to be discharged for the reason that:

        ☒ The court has granted the motion of the government for dismissal without prejudice;
        ☐ The court has granted the motion of the defendant for a Judgment of Acquittal;
        ☐ A jury has been waived, and the court has found the defendant NOT GUILTY;
        ☐ The jury has returned its verdict, finding the defendant NOT GUILTY;
        ☐ (Other reason, or reasons, if any);

of the offenses of Cyberstalking, a violation of 18 U.S.C. § 2261A(2) and Transmitting Threats in Interstate Commerce, a violation of 18 U.S.C. § 875(c), as charged in Counts 1 through 5 of the Indictment.

        **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

        DATED this 17th day of July, 2025.


                      */s/ Sharon L. Gleason*_____
                      SHARON L. GLEASON
                      UNITED STATES DISTRICT JUDGE