
RECEIVED
JUL 22 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA WAHL,<br><br>Defendant. | No. 3:23-cr-00087-JMK-MMS |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The President of the United States to any United States Marshal and any other authorized officer and to the State of Alaska Department of Corrections:

You are hereby COMMANDED to bring the body of JOSHUA WAHL, by you now imprisoned and detained, before the United States District Court for the District of Alaska for the purposes of appearing before that Court for scheduling an arraignment and any other proceedings the Court may desire, thereafter and as necessary in the above captioned case, now pending before this court, and that after the disposition of this case you, return the body of the said JOSHUA WAHL, to the custody of the Alaska Department of Corrections, under safe and secure conduct.

WITNESS the honorable judicial officer of the United States District Court for the District of Alaska, on __9/28/23__.

BRIAN KARTH
Clerk of the U.S. District Court

By: *s/Brenda Kappler*
DEPUTY CLERK

**U.S. MARSHALS RETURN**

I do hearby certify that I recieved this WRIT of Habeas Coorpus Ad Prosequendum/testification on __07/17/2025__
I hearby return this Writ of Habeas Corpus ~~unexecuted~~/executed, dated __07/17/2025__ in Anchorage, AK.
Rob Heun, US MARSHAL
By: [signature]
Investigative Analyst

Federal case dismissed